WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3, Asset-Backed Pass Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP., HOME EQUITY HOME LOAN TRUST, SERIES 2006-NC3, ASSET-BACKED PASS THROUGH CERTIFICATES,<br><br>             Plaintiff,<br><br>   vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; EAGLE CANYON ESTATES ASSOCIATION, a Nevada non-profit corporation,<br><br>           Defendants. | Case No.: 2:16-CV-00356-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO THUNDER PROPERTIES, INC.'S MOTION TO DISMISS (DOCKET NO. 15)**<br><br>**[First Request]** |

Plaintiff, HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3, Asset-Backed Pass Through Certificates, (hereinafter "Plaintiff"), and Defendant, Thunder Properties, Inc. (hereinafter "Thunder Properties"), by and through their attorneys of record, hereby stipulate and agree to extend the deadline for Plaintiff to file a response to Thunder Properties' Motion to Dismiss filed as Docket No. 15 up to and including May 19, 2016. The parties further stipulate

and agree that Thunder Properties will have up to and including June 10, 2016 to file its Reply in Support of the Motion to Dismiss.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of May, 2016.                DATED this 2nd day of May, 2016.

WRIGHT, FINLAY & ZAK, LLP                 ROGER P. CROTEAU & ASSOCIATES, LTD.
 /s/ Chelsea A. Crowton, Esq.                      /s/ Timothy E. Rhoda, Esq.
Chelsea A. Crowton, Esq.                     Timothy E. Rhoda, Esq.
Nevada Bar No. 11547                         Nevada Bar No. 7878
7785 W. Sahara Avenue, Suite 200             9120 West Post Road, Suite 100
Las Vegas, NV 89117                          Las Vegas, Nevada 89148
*Attorney for Plaintiff, HSBC Bank USA,*       *Attorney for Defendant, Thunder Properties, Inc.*
*National Association, as Trustee, in Trust*
*for the Registered Holders of Ace*
*Securities Corp., Home Equity Home Loan*
*Trust, Series 2006-NC3, Asset-Backed Pass*
*Through Certificates*

### **ORDER**

IT IS SO ORDERED that Plaintiff will have up to May 19, 2016 to file an Opposition to Thunder Properties' Motion to Dismiss.

IT IS FURTHER ORDERED that Thunder Properties will have up to June 10, 2016 to file its Reply in Support of the Motion to Dismiss.

DATED May 4, 2016.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted By:

WRIGHT, FINLAY & ZAK, LLP
        /s/ Chelsea A. Crowton, Esq.
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, HSBC Bank USA, National Association, as Trustee, in Trust for the*
*Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3,*
*Asset-Backed Pass Through Certificates*