LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendant Eagle Canyon Estates Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES, CORP., HOME EQUITY HOME LOAN TRUST, SERIES 2006-NC3, ASSET-BACKED PASS THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; EAGLE CANYON ESTATES ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO.: 2:16-cv-00356-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO DISCLOSE REBUTTAL EXPERTS**<br><br>**(First Request)** |

Plaintiff HSBC Bank USA ("HSBC"), Defendant Eagle Canyon Estates Association, and Defendant Thunder Properties, Inc., by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendants Eagle Canyon Estates Association and Thunder Properties, Inc. to disclose rebuttal experts shall be extended until **October 7, 2016**. The current deadline is September 12, 2016.

Pursuant to the requirements of LR6-1 and LR26-4, the parties provide the Court with the following brief information in support of their stipulation to extend the last date to disclose rebuttal experts:

The parties herein have exchanged witnesses and documents as required under FRCP 26, and are currently engaged in discovery. Plaintiff HSBC Bank, USA ("HSBC") served its Designation of Expert Witness on the scheduled date of August 15, 2016. However, HSBC only identified the name of its expert and designated the topics on which its expert will testify. Plaintiff's expert apparently needed additional time to review documents and conduct appraisal on subject property. Thus, Defendants were served with a copy of Plaintiff's expert's report on Appraisal of Real Property only on September 7, 2016.

In view of these developments, Defendants will need an additional thirty (30) days from September 7, 2016 within which to review and evaluate Plaintiff's expert's report, and to submit designation of their own rebuttal experts.

Therefore, the parties stipulate and agree that Defendants Eagle Canyon Estates Association and Thunder Properties, Inc. shall have an extension of thirty (30) days from September 7, 2016, or up to an including **October 7, 2016**, within which to disclose their rebuttal experts. The other discovery plan and scheduling order dates remain the same.

The parties have entered into the agreement in good faith and not for purposes of delay.  This is the parties' first request for an extension.

Dated this 12th day of September, 2016.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Chelsea A. Crowton*
By: _____
Dana Jonathon Nitz, Esq.
Chelsea A. Crowton, Esq.
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

Dated this 12th day of September, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN PC

*/s/ Megan H. Hummel*
By: _____
   Kaleb D. Anderson, Esq.
   Megan H. Hummel, Esq.
   9900 Covington Cross Dr., Ste.120
   Las Vegas, Nevada 89144
   *Attorneys for Defendant*
   *Eagle Canyon Estates Association*

Dated this 12th day of September, 2016.

ROGER P. COTEAU & ASSOCIATES, LTD.

*/s/ Timothy Rhoda*
By: _____
   Roger P. Croteau, Esq.
   Timothy Rhoda, Esq.
   9120 West Post Road, Ste. 100
   Las Vegas, Nevada 89148
   *Attorneys for Defendant*
   *Thunder Properties, Inc.*

### **ORDER**

IT IS SO ORDERED.

DATED this __14th__ day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

*/s/ Megan H. Hummel*
_____
Kaleb D. Anderson, Esq.
Megan H. Hummel, Esq.
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant*
*Eagle Canyon Estates Association*