UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC., et al.,<br><br>Defendants. | Case No. 2:16-cv-00356-JCM-PAL<br><br>ORDER |
|---|---|

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The last Order (ECF No. 42) extending the dispositive motion deadline required the parties to file a joint pretrial order no later than August 16, 2017. No dispositive motions are pending. To date, the parties have not complied with filing the joint pretrial order. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 3, 2017.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 19th day of September, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1