WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3, Asset-Backed Pass Through Certificates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP., HOME EQUITY HOME LOAN TRUST, SERIES 2006-NC3, ASSET-BACKED PASS THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; EAGLE CANYON ESTATES ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-cv-00356-JCM-PAL<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the above-referenced matter has been resolved between Plaintiff, HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3, Asset-Backed Pass Through Certificates (hereinafter "Plaintiff"), Defendant, Thunder Properties, Inc. (hereinafter "Thunder Properties"), and Defendant, Eagle Canyon Estates Association (hereinafter "Eagle Canyon").

1     The Parties anticipate filing a Stipulation for Dismissal within thirty (30) days of the
2 date of the instant notice.
3     DATED this 26th day of October, 2017.

                                WRIGHT, FINLAY & ZAK, LLP

                                /s/ Lindsay D. Robbins, Esq.
                                Lindsay D. Robbins, Esq.
                                *Attorney for Plaintiff*

    **IT IS ORDERED** that the parties shall have until **November 26, 2017**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

    Dated: October 31, 2017

                                Peggy A. Leen
                                United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that electronic service of the foregoing **NOTICE OF SETTLEMENT** was made on the 26th day of October, 2017, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Nicole L. Lane*
An Employee of WRIGHT, FINLAY & ZAK, LLP