1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Avenue, Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff HSBC Bank USA, National Association, as Trustee, in Trust for the*
7  *Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3,*
   *Asset-Backed Pass Through Certificates*
8

9                    **UNITED STATES DISTRICT COURT**

10                           **DISTRICT OF NEVADA**

11 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP., HOME EQUITY HOME LOAN TRUST, SERIES 2006-NC3, ASSET-BACKED PASS THROUGH CERTIFICATES, | Case No.: 2:16-CV-00356-JCM-PAL |
   |---|---|
   | | **JOINT STATUS REPORT** |
   | Plaintiff, | |
   | vs. | |
   | THUNDER PROPERTIES, INC., a Nevada corporation; EAGLE CANYON ESTATES ASSOCIATION, a Nevada non-profit corporation, | |
   | Defendants. | |

23       Plaintiff, HSBC Bank USA, National Association, as Trustee, in Trust for the Registered

24 Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3, Asset-

25 Backed Pass Through Certificates (hereinafter "HSBC Bank"), Defendant, Thunder Properties,

26 Inc. (hereinafter "Thunder Properties"), and Defendant, Eagle Canyon Estates Association

27 (hereinafter "Eagle Canyon") (collectively, "the Parties"), by and through their attorneys of

28 record, hereby submit the following status report as instructed by the Court pursuant to Court

Order [ECF No. 49].

The Parties are currently finalizing a global settlement agreement, which has been drafted by HSBC Bank and reviewed and revised by Thunder Properties and Eagle Canyon. HSBC Bank is currently reviewing the proposed revisions. Once the final agreement is approved and signed by all Parties, a Stipulation for Dismissal will be filed with the Court. The Parties request an additional forty-five (45) days to finalize the settlement in this action.

DATED this 9th day of January, 2018.   DATED this 9th day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP   ROGER P. CROTEAU & ASSOCIATES, LTD.
/s/ Lindsay D. Robbins, Esq.   /s/ Timothy E. Rhoda, Esq.
Lindsay D. Robbins, Esq.   Timothy E. Rhoda, Esq.
*Attorney for Plaintiff*   *Attorney for Defendant, Thunder Properties, Inc.*

DATED this 9th day of January, 2018.

LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.
/s/ Megan H. Hummel, Esq.
Megan H. Hummel, Esq.
*Attorney for Defendant, Eagle Canyon Estates Association*

**IT IS ORDERED** that the settling parties shall have until **February 23, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: January 10, 2018

Peggy A. Leen
United States Magistrate Judge