WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3, Asset-Backed Pass Through Certificates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP., HOME EQUITY HOME LOAN TRUST, SERIES 2006-NC3, ASSET-BACKED PASS THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; EAGLE CANYON ESTATES ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-CV-00356-JCM-PAL<br><br>**JOINT STATUS REPORT** |

Plaintiff, HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3, Asset-Backed Pass Through Certificates (hereinafter "Plaintiff"), Defendant, Thunder Properties, Inc. (hereinafter "Thunder Properties"), and Defendant, Eagle Canyon Estates Association (hereinafter "Eagle Canyon") (collectively, the "Parties"), by and through their attorneys of record, hereby submit the following status report as instructed by the Court.

Pursuant to the Order dated October 31, 2017 (ECF No. 47), the Parties are currently finalizing a global settlement agreement, which has been drafted, and is currently undergoing revisions by the Parties. Once approved and signed by all Parties, a Stipulation for Dismissal will be filed with the Court. The Parties request an additional forty-five (45) days to finalize the settlement in this action.

DATED this 22nd day of February, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins, Esq.
Lindsay D. Robbins, Esq.
*Attorney for Plaintiff*

DATED this 22nd day of February, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda, Esq.
Timothy E. Rhoda, Esq.
*Attorney for Defendant, Thunder Properties, Inc.*

DATED this 22nd day of February, 2018.

LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.

/s/ Megan H. Hummel, Esq.
Megan H. Hummel, Esq.
*Attorney for Defendant, Eagle Canyon Estates Association*

**IT IS ORDERED** that the parties shall have until **April 9, 2018**, to either file a stipulation to dismiss with prejudice, or to file their Joint Pretrial Order.

Dated: February 28, 2018

Peggy A. Leen
United States Magistrate Judge