1  WRIGHT, FINLAY & ZAK, LLP
   Christopher A.J. Swift, Esq.
2  Nevada Bar No. 11291
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Avenue, Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff HSBC Bank USA, National Association, as Trustee, in Trust for the*
7  *Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3,*
   *Asset-Backed Pass Through Certificates*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP., HOME EQUITY HOME LOAN TRUST, SERIES 2006-NC3, ASSET-BACKED PASS THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; EAGLE CANYON ESTATES ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-CV-00356-JCM-PAL<br><br>**JOINT STATUS REPORT** |

Plaintiff, HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of Ace Securities Corp., Home Equity Home Loan Trust, Series 2006-NC3, Asset-Backed Pass Through Certificates (hereinafter "Plaintiff"), Defendant, Thunder Properties, Inc. (hereinafter "Thunder Properties"), and Defendant, Eagle Canyon Estates Association (hereinafter "Eagle Canyon") (collectively, the "Parties"), by and through their attorneys of record, hereby submit the following status report as instructed by the Court.

Pursuant to the Order dated October 31, 2017 (ECF No. 47), the Parties are currently finalizing a global settlement agreement, which has been fully executed by all parties. In addition, the settlement funds have been received from Thunder Properties, Inc. Plaintiff's counsel is awaiting receipt of the settlement funds from Eagles Canyon Estates Association. Once the funds are received, a Stipulation for Dismissal will be filed with the Court. The Parties request an additional thirty (30) days to finalize the settlement in this action.

DATED this 9th day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins, Esq.
Lindsay D. Robbins, Esq.
*Attorney for Plaintiff*

DATED this 9th day of April, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda, Esq.
Timothy E. Rhoda, Esq.
*Attorney for Defendant, Thunder Properties, Inc.*

DATED this 9th day of April, 2018.

LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.

/s/ Megan H. Hummel, Esq.
Megan H. Hummel, Esq.
*Attorney for Defendant, Eagle Canyon Estates Association*

**IT IS ORDERED** that the parties shall have until **May 9, 2018**, to either file a stipulation to dismiss with prejudice, or the joint pretrial order. No further extensions will be allowed.

Dated: April 10, 2018

Peggy A. Leen
United States Magistrate Judge